# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00351-CR

**Ben Chance White, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF CONCHO COUNTY, 119TH JUDICIAL DISTRICT
## NO. DAS-08-1656, HONORABLE BEN WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ben Chance White has filed a pro se notice of appeal from his conviction for the offense of attempted capital murder. The district court has certified that this is a plea-bargain case, the defendant has no right of appeal, and the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss the appeal.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed

Filed: July 16, 2010

Do Not Publish